UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:98-CR-211

v.

HON. ROBERT HOLMES BELL

MARIO SALAZAR LOPEZ,

    Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #279). The U.S. Probation Officer's Report of Eligibility (docket #280) indicates defendant appeared to be ineligible because methamphetamine, and not cocaine base, was used to determine the base offense level. Based on this Court's review of defendant's motion and the underlying criminal file, including the presentence report, the Court has determined that the motion should be denied because methamphetamine was used for the offense level calculation. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Modification or Reduction of Sentence is **DENIED** because defendant is not eligible.

DATED:  June 9, 2008          /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          CHIEF UNITED STATES DISTRICT JUDGE